# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.. 3:10CV465 |
| Plaintiff, | : | Judge Thomas M. Rose |
| VS. | : | |
| ACCOUNT AT JP MORGAN CHASE NO. *****9291, IN THE NAME OF CINCY IMPORTS, CONTENTS OF $204,855.19, et al. | : : | |
| Defendants. | : | |

## AGREED ORDER AND DECREE OF FORFEITURE

In accordance with the Global Settlement Agreement entered into between Plaintiff, United States of America, Claimant, AUTOCARE SALES AND DETAILING LLC dba CINCY IMPORTS, and Potential Claimants, CINCY AUTOMOTIVE LLC, IHAB F. KALDAS, FOUAD KALDAS and GHASSAN A. KAYROUZ, which Agreement calls for the forfeiture of the Defendant assets in this case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1)   the following Defendants are hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (6); 18 U.S.C. § 981(a)(1)(A) and (C) and 31 U.S.C. § 5317(c)(2):

Defendant (1)   Account at JP Morgan Chase No. *****9291, in the name of Cincy Imports, in the amount of $204,855.19;
Defendant (2)   $45,000.00 in United States Currency;
Defendant (3)   $15,000.00 in United States Currency;
Defendant (4)   $3,000.00 in United States Currency;
Defendant (5)   2007 BMW 328xi, VIN #WBAWC3354PD06386;
Defendant (6)   2007 Cadillac Escalade, VIN #1GYFK63807R156922;
Defendant (7)   2006 Jeep Commander, VIN #1J8HG48N16C274815;

    Defendant (9)   2008 Toyota Tundra, VIN #5TBRT54188S461625;
    Defendant (16) 2006 Acura 3.2TL, VIN #19UUA662X6A074606;
    Defendant (28) 2006 Cadillac CTS, VIN #1G6DM57T260107954;
    Defendant (30) 2008 Chevy Impala LS, VIN #2G1WB58K581293040;
    Defendant (31) 2005 Dodge Durango, VIN #1D4HB38N85F555431;
    Defendant (32) 2005 Dodge Magnum SXT, VIN #2D4FV48V95H152982;
    Defendant (33) 2006 Dodge Charger, VIN #2B3KA43G56H468964;
    Defendant (39) 2004 Infiniti FX35, VIN #JNRAS08W64X200109;
    Defendant (46) 2007 Lincoln MKZ, VIN #3LNHM26T37R648572;
    Defendant (49) 2001 Mercedes S430, VIN #WDBNG70J91A197375;
    Defendant (53) 2006 Mercury Montego, VIN #1MEHM40126G611041;
    Defendant (56) 2006 Nissan Murano, VIN #JN8AZ08W96W527449;
    Defendant (57) 2008 Nissan Altima, VIN #1N4AL24E48C118534;
    Defendant (58) 2004 Toyota Sienna, VIN #5TDZA23C44S056547;

    (2)       The amount of Three Hundred Fifty One Thousand One Hundred dollars ($351,100.00), which represents the proceeds realized as a result of the Agreed Order for Interlocutory Sale of Specific Defendant Vehicles (Doc. 84) as reported in the United States Marshals Service Return (Doc. 86), is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4) and (6); 18 U.S.C. § 981(a)(1)(A) and (C) and 31 U.S.C. § 5317(c)(2) in lieu of the following Defendants:

    Defendant (8)   2004 Nissan 350Z, VIN #JN1AZ34D74M101711;
    Defendant (10) 2004 Chrysler Sebring, VIN #1C3EL75R14N118262;
    Defendant (11) 2003 Dodge Ram SLT, VIN #1D7HA18N33J564901;
    Defendant (12) 2004 Kia Sedona, VIN #KNDUP131646576427;
    Defendant (13) 2002 Lincoln LS, VIN #1LNHM87A22Y685882;
    Defendant (14) 2004 Nissan Frontier, VIN #1N6ED29X34C477366;
    Defendant (15) 2003 Acura TL, VIN #19UUA56863A047204;
    Defendant (17) 2001 Audi TT,  VIN #TRUTX28N311013721;
    Defendant (18) 2001 Audi TT, VIN #TRUUT28N911002268;
    Defendant (19) 2003 Audi A4, VIN #WAULC68E63A173640;
    Defendant (20) 2003 Audi A6, VIN #WAULT64B83N002540;
    Defendant (21) 2001 BMW 740, VIN#WBAGG83481DN88616;
    Defendant (22) 2001 BMW 330xi, VIN #WBAAV53471JS94118;
    Defendant (23) 2001 BMW 530i, VIN #WBADT63441CF13374;
    Defendant (24) 2002 BMW 330i, VIN #WBAEV53482KM16871;
    Defendant (25) 2004 BMW 325i, VIN #WBAEV33444KL63223;
    Defendant (26) 2004 BMW 325i, VIN #WBAET37494NJ44028;
    Defendant (27) 2003 Cadillac CTS, VIN #1G6DM57N630150934;
    Defendant (29) 2004 Chevrolet Silverado Z71, VIN #1GCEK14T64Z214504;
    Defendant (34) 2008 Dodge Caravan, VIN #2D8HN54P38R615296;

    Defendant (35) 2004 Ford Expedition, VIN #1FMFU18L44LB16403;
    Defendant (36) 2003 Honda Civic, VIN #2HGES16693H903833;
    Defendant (37) 2008 Hyundai Tiburon, VIN #KMHHM66D38U264544;
    Defendant (38) 2001 Infiniti I30, VIN #JNKCA31A61T022554;
    Defendant (40) 2005 Jeep Cherokee, VIN #1J4GR48K05C694609;
    Defendant (41) 2000 Land Rover Discovery, VIN #SALTY1245YA267578;
    Defendant (42) 1999 Land Rover Range Rover, VIN #SALPV1241XA412172;
    Defendant (43) 1999 Lexus LX470, VIN #JT6HT00WXX0038982;
    Defendant (44) 2000 Lexus RX3, VIN #JT6HF10U0Y0104257;
    Defendant (45) 2001 Lexus LS430, VIN #JTHBN30F210045148;
    Defendant (47) 2005 Mazda 3, VIN #JM1BK12FX51305663;
    Defendant (48) 1998 Mercedes E320, VIN #WDBJF65F4WA610472;
    Defendant (50) 2002 Mercedes C230, VIN #WDBRN47J32A366352;
    Defendant (51) 2003 Mercedes E500, VIN #WDBUF70J03A142329;
    Defendant (52) 2004 Mercedes C240, VIN #WDBRF81J74F522993;
    Defendant (54) 2005 Nissan Altima, VIN #1N4AL11D15N447598;
    Defendant (55) 2005 Nissan Murano, VIN #JN8AZ08WX5W401292;
    Defendant (59) 2006 Toyota Highlander, VIN #JTEEP21A760157369;
    Defendant (60) 2007 Toyota Camry Solara, VIN #4T1FA38PX7U110725;
    Defendant (61) 2007 Toyota Yaris, VIN #JTDJT923575080464;
    Defendant (62) 2006 Volkswagen Jetta, VIN #3VWSF71K16M664603;
    Defendant (63) 2006 Volkswagen Golf GL, VIN #9BWFL61J364001498;
    Defendant (64) 2004 Volkswagen Jetta GL, VIN #3VWRK69M34M028921;
    Defendant (65) 2001 Volvo V70, VIN #YV1SZ58D411019496;
    Defendant (66) 2002 Volvo C70, VIN #YV1NC56D12J026117;
    Defendant (67) 2004 Volvo S40, VIN #YV1MS682642025168;
    Defendant (68) 2005 Volvo S40, VIN #YV1MS382052103069;
    Defendant (69) 2007 Volvo S40, VIN #YV1MS382172307575.

    (3)    All claims and interests other than those specifically noted in the Order are forever closed and barred;

    (4)    Any and all claims which Claimant, AUTOCARE SALES AND DETAILING LLC dba CINCY IMPORTS and Potential Claimants, CINCY AUTOMOTIVE LLC, IHAB F. KALDAS, FOUAD KALDAS and GHASSAN A. KAYROUZ may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby RELEASED;

    (5)    The parties shall bear their own costs, including any possible attorneys' fees,

court

costs, or other expenses of litigation;

> (6) the Court will retain jurisdiction to enforce the terms of this Agreement; and

> (7) this case is hereby TERMINATED on the docket.

**DONE AND ORDERED THIS SIXTH DAY OF JULY, 2012,**

                **s/Thomas M. Rose**
                _____
                THOMAS M. ROSE
                United States District Court Judge

CARTER M. STEWART
United States Attorney

s/Pamela M. Stanek
PAMELA M. STANEK (0030155)
Assistant United States Attorney

s/Hal R. Arenstein
HAL R. ARENSTEIN (0009999)
Counsel for Claimant
AUTOCARE SALES & DETAILING LLC
dba CINCY IMPORTS

s/Hal R. Arenstein
HAL R. ARENSTEIN
Counsel for Potential Claimant
CINCY AUTOMOTIVE LLC

s/Ihab F. Kaldas
IHAB F. KALDAS
Potential Claimant

s/Fouad Kaldas
FOUAD KALDAS
Potential Claimant

s/Ghassan A. Kayrouz
GHASSAN A. KAYROUZ
Potential Claimant